**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Bankr. No. 25-20379-JCM |
| DON ENTERPRISES, INC., | ) | |
| | ) | Subchapter V |
| Debtor. | ) | |
| ______________________________ | ) | |
| DON ENTERPRISES, INC., | ) | |
| | ) | Adversary No. 26-02082-JCM |
| Plaintiff, | ) | |
| | ) | Related to Dkt. Nos. 1 & 3 |
| v. | ) | |
| | ) | Pre-Trial Conference Hearing Date and |
| NEW CASTLE UNION | ) | Time: August 27, 2026 at 1:30 p.m. |
| STATION CRAFT DISTILLERY, INC., | ) | |
| | ) | Response Deadline: August 17, 2026 |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on July 16, 2026, I served true and correct copies of the *Complaint in Declaratory Judgment to Determine Lease Expired Under Section 365 of the United States Bankruptcy Code* [Dkt. No. 1], the *First Pretrial Order (Bankruptcy Rule 7016)* [Dkt. 3-2], and the *Summons in an Adversary Proceeding* [Dkt. 3-4] via First Class U.S. Mail, postage prepaid, and/or electronic mail, as indicated on the following parties:

New Castle Union Station Craft Distillery, Inc.
c/o Aaron Weiss, Esq.
310 Grant Street, Suite 3000
Pittsburgh, PA 15219
E-mail: weiss@zklaw.com
*Via First Class U.S. Mail and Email*

New Castle Union Station Craft Distillery, Inc.
Attn: David W. Goldberg
334 East Washington Street
New Castle, PA 16101
*Via First Class U.S. Mail*

*[Signature Page to Follow]*

Dated: July 16, 2026

Respectfully submitted,

CAMPBELL & LEVINE, LLC

/s/Kathryn L. Harrison______
Kathryn L. Harrison
PA I.D. No 209601
Email: kharrison@camlev.com
310 Grant St. Suite 1700
Pittsburgh, PA 15219
T: 412-261-0310
F: 412-261-5066

*Counsel for Plaintiff, DON Enterprises, Inc.*